ANNA SMITH v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIAN HONIG v. BENJAMIN C. RILEY.— Motion granted. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

LAKEWOOD ENGINEERING COMPANY v. TRACY S. VORHEES and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ELIOT G. FARRINGTON v. STAR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

LEW A. SATZ v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion granted. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

SAMUEL A. HERZOG v. FREDERICK BROWN.— Motion granted; questions certified. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

PETER JOHN POELS and Others v. CHARLES E. MERRILL and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

KERR STEAMSHIP Co., INC., v. RADIO CORPORATION OF AMERICA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

STANDARD RICE COMPANY v. A. KLIPSTEIN & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THERESA PALAZZO, an Infant, etc., v. SAMUEL ABERLE. FRANK P. PALAZZO v. SAMUEL ABERLE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ERNEST FOGLINO & Co., INC., v. FRANK C. WEBSTER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

COURTLANDT GARAGE AND REALTY CORPORATION v. THE NEW YORK YELLOW CAB COMPANY SALES AGENCY, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THOMAS S. SOUTHGATE and Others, re Arbitration with FRANK P. KRUGER Co., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES L. APFEL v. FRANK AUDITORE and Others, Impleaded with SACRAMENTO STEAMSHIP Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

CAROLINA NEWMAN v. FREDERICK W. HAMBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID BELAIS, INC., v. BENJAMIN GROSS COMPANY, INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for resettlement granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EMMA J. M. EARP, as Executrix, etc., of JOHN L. MILLER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.